UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GARY A. BLOOM,

    Plaintiff,

v.                                Case No.: 3:05-cv-121-J-UA-HTS

REGIONS BANK,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 10, filed on July 13, 2005), advising the Court of a settlement agreement, with each party to bear their own fees, costs, and expenses. Therefore, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of July, 2005.

                                            HARVEY E. SCHLESINGER
                                            United States District Judge

Copies to:

Gary A. Bloom, Pro Se
Allan P. Clark, Esq.